———————o———————

## BALDWIN *v.* THE STATE.

From the Switzerland Circuit Court.

*H. A. Downey* and *S. R. Downey*, for appellant.
*J. C. Denny*, Attorney General, for the State.

PER CURIAM.—The judgment in this case must be reversed

for the reason given in the case of *Christie* v. *The State*, 44 Ind. 408.

The judgment is reversed, and the cause remanded.

The clerk is directed to give the proper notice for a return of the prisoner to the proper county